**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SANTIAGO ABREAU, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-8284 |
| ) | |
| SHE-NANNIGAN'S GREEN ) | Hon. John Z. Lee |
| STREET, INC d/b/a SHE-NANNIGAN'S ) | |
| HOUSE OF BEERS, ) | |
| ) | |
|    Defendant. ) | |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, SANTIAGO ABREAU ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08(a), hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement documents. As such, the parties respectfully request that the Court retain continuing jurisdiction over this matter pending the filing of a Stipulation of Dismissal, which the parties expect will follow in January of 2016. The Parties further request that this Court stay any pending deadlines in this matter.

Dated: January 7, 2016

                                                                           On Behalf of Plaintiff,

                                                                           /s/ Ivo Tchernev
                                                                           Ivo Tchernev, Esq.
                                                                           Law Offices of Jacobson and Tchernev, Ltd.
                                                                           33 N. Dearborn St., Suite 1907
                                                                           Chicago, IL 60602
                                                                           (312) 669-4441 Office
                                                                           (312) 781-6732 Fax
                                                                           legal@lawjtchicago.com
                                                                           Illinois Bar Number: 6304132