### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SANTIAGO ABREAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-8284 |
| | ) | |
| SHE-NANNIGAN'S GREEN | ) | Hon. John Z. Lee |
| STREET, INC d/b/a SHE-NANNIGAN'S | ) | |
| HOUSE OF BEERS, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SANTIAGO ABREAU, and Defendant, SHE-NANNIGAN'S GREEN STREET, INC d/b/a SHE-NANNIGAN'S HOUSE OF BEERS, stipulate, and the parties agree to dismiss this case, **with prejudice**, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, **with prejudice**, both parties to bear their own fees and costs and for the court to retain jurisdiction to enforce settlement.

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.
33 N. Dearborn St., Suite 1907
Chicago, IL 60602
(312) 669-4441 Office
(312) 781-6732 Fax
legal@lawjtchicago.com
Illinois Bar Number: 6304132